**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

In Re:  Case No: 05-32302

CHARLES BARRY ERVIN  SSN#1 - XXX-XX-4398
WANDA RUTH ERVIN  SSN#2 - XXX-XX-2744
PO BOX 383
DALLAS, NC  28034  Judge: George R. Hodges

**CHAPTER 13 FINAL REPORT AND ACCOUNT**
**COMPLETED**

This Case was  The Plan was
Commenced on 06/03/2005  Confirmed on  09/07/2005

The Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt, and of all disbursements, and they are incorporated by reference in this report.

RECEIPTS:  Amounts paid to Trustee by or for the Debtors for the benefit of Creditors:  $67,900.00
Composition Plan.  Minimum payout to unsecured creditors = 70%.

## SUMMARY

Summary of filed claims & disbursements during the administration of this plan:

|  | CLAIMS FILED | PRINCIPAL & INTEREST PAID | % PAID |
|---|---:|---:|---:|
| UNSECURED | $36,083.32 | $36,083.32 | 100.00% |
| SECURED | $23,100.00 | $25,329.19 | 100.00% |
| PRIORITY | $46.02 | $46.02 | 100.00% |
| ADMINISTRATIVE | $0.00 | $0.00 | 0.00% |
| ATTORNEY | $1,294.00 | $1,294.00 | 100.00% |
| TRUSTEE | $4,558.65 | $4,558.65 | 100.00% |
| TT NOTICE FEE | $18.00 | $18.00 | 100.00% |
| DEBTOR REFUND | $570.82 | $570.82 | 100.00% |
|  | $66,241.63 | $67,900.00 |  |

Case No.  05-32302    CHARLES BARRY ERVIN & WANDA RUTH ERVIN

## CLAIMS AND DISTRIBUTIONS TO DATE

| Trustee Claim # | Clerk Claim # | Payee | Class | Claim Amount | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| TTE | | TRUSTEE COMPENSATION | | 4,558.65 | 4,558.65 | |
| 1 | | WAYNE SIGMON | B-Base Attorney Fee(s) | 700.00 | 700.00 | 0.00 |
| 2 | | WAYNE SIGMON | B-Base Attorney Fee(s) | 594.00 | 594.00 | 0.00 |
| 6 | | WACHOVIA BANK NA | M-Mortgage/Lease | 0.00 | 0.00 | 0.00 |
| 5 | | WACHOVIA BANK NA | N-Mortgage/Lease Arrears | 0.00 | 0.00 | 0.00 |
| 7 | | GASTON COUNTY | P-Priority | 46.02 | 46.02 | 0.00 |
| 3 | | AGCO FINANCE LLC | S-Secured-Pro-Rata | 10,000.00 | 10,000.00 | 952.71 |
| 4 | | TRULIANT FEDERAL CREDIT UNION | S-Secured-Pro-Rata | 13,100.00 | 13,100.00 | 1,276.48 |
| 10,003 | | AGCO FINANCE LLC | U-Unsecured | 2,119.27 | 2,119.27 | 0.00 |
| 10,004 | | TRULIANT FEDERAL CREDIT UNION | U-Unsecured | 1,209.47 | 1,209.47 | 0.00 |
| 14 | | BANK OF AMERICA | U-Unsecured | 7,929.79 | 7,929.79 | 0.00 |
| 15 | | BANK OF AMERICA | U-Unsecured | 4,193.55 | 4,193.55 | 0.00 |
| 16 | | BANK OF AMERICA | U-Unsecured | 8,742.40 | 8,742.40 | 0.00 |
| 17 | | CHASE | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 18 | | CHASE MANHATTAN BANK USA NA | U-Unsecured | 3,077.28 | 3,077.28 | 0.00 |
| 19 | | CHASE | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 20 | | CHASE | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 21 | | DISCOVER BANK | U-Unsecured | 6,894.63 | 6,894.63 | 0.00 |
| 22 | | TRULIANT FEDERAL CREDIT UNION | U-Unsecured | 1,916.93 | 1,916.93 | 0.00 |
| 23 | | BESSEMER CITY TAX OFFICE | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 24 | | JP MORGAN CHASE | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 8 | | INTERNAL REVENUE SERVICES | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 9 | | INTERNAL REVENUE SERVICE | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 10 | | IRS | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 11 | | NC DEPARTMENT OF REVENUE | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 12 | | NC DEPARTMENT OF REVENUE | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 13 | | NC DEPARTMENT OF REVENUE | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| | | | Totals | $65,081.99 | $65,081.99 | $2,229.19 |

WHEREFORE,  your Petitioner prays that a Final Decree be entered discharging Warren L. Tadlock as Trustee and releasing Warren L. Tadlock and his surety from any and all liability on account of these proceedings, and for such other and further relief as is just.

CERTIFICATE OF SERVICE

/s/  Warren L. Tadlock

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on   July 20, 2009.

Warren L. Tadlock, Trustee

L.   Long
Office of the Chapter 13 Trustee

CHARLES BARRY ERVIN & WANDA RUTH ERVIN, PO BOX 383,   DALLAS, NC  28034

Total Served: 1